USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: September 2, 2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X

UNITED STATES OF AMERICA.,

               Plaintiff,

  -against-                                     05-CV-3847 (KMW)

                                               **ORDER**

KEVIN HARDY,

               Defendant.

----------------------------------------------------------X

KIMBA M. WOOD, United States District Judge:

      On September 10, 2025, at 1:00 p.m., the Court will hold a limited evidentiary hearing on the Government's motion to hold Defendant Kevin Hardy in civil contempt for allegedly violating the April 16, 2007 Stipulation and Order in this case. The purpose of this limited hearing is to have Defendant Hardy clarify statements made in Hardy's briefing, and to state the evidentiary basis for those statements. The Court does not anticipate needing any post-hearing briefs.

      The Court orders Defendant Kevin Hardy to appear and provide sworn testimony, and to answer the Court's questions, as well as questions that may be propounded by attorneys from the United States Attorney's Office, relevant to his briefing. These questions include:

- Does Defendant know an individual known as Devone Hardy?
    - If yes, what relationship does Defendant have to Devone Hardy?
- What relationship, if any, does Defendant have with K&T Associates, LLC?
- Between April 16, 2007, and the present, did Defendant prepare federal tax returns in exchange for payment, without the assistance of others?
    - If yes, how many federal tax returns did Defendant prepare on his own?

- Between April 16, 2007, and the present, did Defendant assist other individuals in preparing federal tax returns, and if so, whom did he assist?

    - If yes, how many federal tax returns did Defendant assist in filing?

- Has Defendant, at any point in time, used the Preparer Tax Identification Number (PTIN) ending in -9531? If yes, for what purpose?

- A Venmo account that allegedly belongs to Defendant received payments in 2019 bearing the notations "2018 taxes" and "2018 filed".

    - Does the Venmo account with username "kevin-hardy-1" belong to Defendant? If yes, for specifically what services were the aforementioned payments made?

- A declaration accompanying the Government's motion to hold Defendant in civil contempt attaches as exhibits letters confirming that customers' tax returns have been filed, and signed with the name "hardy". Did Defendant sign and send those letters?

- The declaration also attaches as exhibits emails from 2022 between an individual with the email address hardykevin_@hotmail.com and tax preparation customers. Does the email "hardykevin_@hotmail.com" belong to Defendant?

SO ORDERED.

Dated: New York, New York
September 2, 2025

　　　　　　　　　　　　　　　　　　　　　*/s/ Kimba M. Wood*
　　　　　　　　　　　　　　　　　　　　　KIMBA M. WOOD
　　　　　　　　　　　　　　　　　　　　　United States District Judge